UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

      Plaintiff,

      v.                      Docket No.: 20-cv-08446 (LJL)

                                 **DECLARATION OF KAREN SAAB-**
UBER TECHNOLOGIES, INC.         **DOMINGUEZ, ESQ.  IN SUPPORT OF**
                                 **DEFENDANT'S MOTION TO DISMISS**

      Defendant.

---

STATE OF NEW YORK     )
                        ) ss
COUNTY OF NASSAU     )

Karen Saab-Dominguez, Esq. hereby declares under penalties of perjury that:

1. I am a partner at Goldberg Segalla LLP.  I am an attorney for defendant Uber Technologies, Inc. As such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this declaration, based on my personal knowledge in support of Defendant's Motion to Dismiss.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of plaintiff's Summons and Complaint.

4. Attached hereto as **Exhibit "B"** is a true and correct copy of the Terms of Use in effect on the date of the events alleged in the Summons and Complaint.

5. Attached hereto as **Exhibit "C** "is a true and correct copy of this Court's decision in Phillips v. Uber Technologies, Inc., 16-CV-295 (DAB), 2017 U.S. Dist. LEXIS 94979 (S.D.N.Y. June 14, 2017).

6. Attached hereto as **Exhibit "D"** is a true and correct copy of non-party Iqbal Hussein's TLC license.

7. Attached hereto as **Exhibit "E"** is a true and correct copy of <u>Minzer v. Barga, Uber Techs., Inc., et al.,</u>  -- Misc 3d -- 2020 NY Slip Op 31458(U) (Sup Ct, NY County May 22, 2020).

8. Attached hereto as **Exhibit "F"** is a true and correct copy of <u>Fusco v. Uber Techs., Inc.,</u> No. 17-00036, 2018 U.S. Dist. LEXIS 126428, at *11-12 (E.D. Pa. July 27, 2018)

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:        October 29, 2020

_____
KAREN SAAB-DOMINGUEZ

28007991.v1