UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

:

JANE DOE,                                                            :

:

                Plaintiff,           :

:                              20-cv-8446 (LJL)

      -v-                                                    :

:                              <u>ORDER</u>

UBER TECHNOLOGIES, INC.,                                             :

:

               Defendant.         :

:

---------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__4/16/2021__ |

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the parties' briefing on the motion to dismiss.  The Court

invites the parties to submit supplemental briefs addressing the questions of:

      (1) The criteria and duties of a common carrier under New York law, and whether those
      duties were breached; and

      (2) Whether the statements upon which Plaintiff relies for her New York General
      Business Law § 349 and misrepresentation claims constitute puffery.

      The briefs shall be filed no later than April 26. 2021 and shall be limited to eight (8)

double-spaced pages.  Opposition briefs will not be permitted.

      SO ORDERED.

Dated: April 16, 2021
      New York, New York                    _____

                               LEWIS J. LIMAN
                     United States District Judge